UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 1:21–cv–1089

v.                                  Hon. Hala Y. Jarbou

GAYLORD LINCOLN, et al.,

        Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Early Settlement Conference
Date/Time:              September 20, 2022   09:00 AM
Magistrate Judge:    Sally J. Berens
Place/Location:        by video

*Continued from August 19, 2022; supplemental confidential letters to be emailed to berensmediation@miwd.uscourts.gov by September 16, 2022.*

                                       SALLY J. BERENS
                                       U.S. Magistrate Judge

Dated:  August 22, 2022       By:   /s/ Julie Lenon
                                           Judicial Assistant