UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:21-cv-01089-HYJ | 9/20/2022 | 9:00 AM – 11:44 AM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| United States of America v. Lincoln et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Andrew John Hull<br>Ryan Cobb | Plaintiff |
| James B. Doezema | Defendants Gaylord Lincoln, G. Lincoln Farms, LLC |

**PROCEEDINGS**

**NATURE OF HEARING:** Continued Early Settlement Conference; notification to the Court regarding settlement status is due by close of business September 28, 2022.

Proceedings Not Recorded
Deputy Clerk: J. Norton