UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GAYLORD LINCOLN individually and
D/B/A LINCOLN FARMS; and G. LINCOLN
FARMS, LLC,

    Defendants.
_____/

Case No. 1:21-cv-1089

Hon. Hala Y. Jarbou
Chief U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms and conditions of the parties' settlement agreement, all parties hereby jointly stipulate to the dismissal of the above action. This action is dismissed with prejudice and without costs or attorney fees to any party for the reason that the parties have reached a settlement of the claims alleged in the Complaint. This Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

    IT IS SO ORDERED.

Dated: _____         _____
                                                                        HON. HALA Y. JARBOU
                                                                        Chief U.S. District Court Judge

Dated:  September 28, 2022

Respectfully and jointly submitted:

MARK A. TOTTEN
United States Attorney

*s/Andrew J. Hull*
ANDREW J. HULL
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail:  Andrew.Hull@usdoj.gov

*Counsel for Plaintiff*


*s/James B. Doezema (with permission)*
JAMES B. DOEZEMA
Foster Swift Collins & Smith, PC
1700 East Beltline, NE, Suite 200
Grand Rapids, MI 49525
Tel: (616) 726-2200
E-mail:  JDoezema@fosterswift.com

*Counsel for Defendants*

2